UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **S.O.I., a minor, by and through her parents, MOHIZODABEGIM KARIMOVA and MUKHAMMADOLIMKHON SOLIEV, custodial parents and next friends,**<br>      *Plaintiffs,*<br><br>v.<br><br>**INSTANT BRANDS LLC, a Delaware Limited Liability Company; INSTANT BRANDS, INC., an Illinois Corporation; CORELLE BRANDS, LLC, a Deleware Limited Liability Company; MIDEA America CO., a Florida Corporation; and COSTCO WHOLESALE CORPORATION, a Washington Corporation,**<br>      *Defendants.* | Civil Action No.**: 4:24-cv-258** |

## SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that, on June 12, 2023, the defendants, Instant Brands LLC, and Instant Brands, Inc., along with certain of their affiliates, filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"). The Reorganized Debtors'[1] Chapter 11 Cases are being jointly administered under case number 23-90716 (MI).

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization of Instant Brands Acquisition Holdings Inc. and its Debtor Affiliates* (the "**Plan**"). *In re Corelle Brands Acquisition Holdings Inc.*, No. 23-90716 (Bankr. S.D. Tex. Feb. 23, 2024) [Bankr. Docket No. 1146-1]. All references herein to "Articles" refer to articles of the Plan. References to the docket in this proceeding are to "*S.O.I., a minor, by and through her parents, Mohizodabegim*

PLEASE TAKE FURTHER NOTICE that, on February 23, 2024, the Bankruptcy Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Confirming the Joint Chapter 11 Plan of Reorganization of Instant Brands Acquisition Holdings Inc. and its Debtor Affiliates and (II) Approving the Disclosure Statement on a Final Basis* [Bankr. Docket No. 1146] (the "**Confirmation Order**") that, among other things, confirmed the Plan.

PLEASE TAKE FURTHER NOTICE that each of the conditions precedent to the occurrence of the Effective Date, as set forth in Article XII, has been satisfied or waived in accordance therewith, and the Plan became effective and was substantially consummated on February 27, 2024. Bankr. Docket No. 1161.

PLEASE TAKE FURTHER NOTICE that, on March 27, 2024, the Bankruptcy Court entered the *Order Clarifying the Confirmation Order* [Bankr. Docket. No. 1229].

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on, among others, the following entities: (i) the Reorganized Debtors, (ii) all Holders of Claims against, or Interests in, the Debtors, whether or not Impaired under the Plan and whether or not, if Impaired, such Holders voted to accept the Plan, (iii) any other party in interest in the Chapter 11 Cases, and (iv) each of the foregoing entity's respective Related Parties.

PLEASE TAKE FURTHER NOTICE that, in accordance with Article VII.L, nothing in the Plan precludes "Holders of Product Liability Claims from (1) naming a Reorganized Debtor as a nominal defendant in an action brought in respect of a Product Liability Claim, thereby allowing, and solely to the extent required to enable, the named Reorganized Debtor to tender the applicable Product Liability Claim to

---

*Karimova and Mukhammadolimkhon Soliev, custodial parents and next friends v. Instant Brants LLC, and Instant Brands, Inc.,* Case Docket," while references to the docket in the main Chapter 11 Case are to "Bankr. Docket No."

the applicable Third-Party Indemnitor under all available and applicable Third-Party Indemnifications (as set forth in Article II.D), if any, as . . . adjudicated by the Bankruptcy Court in connection with Confirmation . . . , or (2) otherwise pursuing their Claims against Insurers under all available and applicable Insurance Contracts; *provided*, that none of the Reorganized Debtors shall have any obligation to participate or assist in any action brought in pursuit of any Product Liability Claims or have any liability with respect to any Product Liability Claims." Notwithstanding the foregoing, Article VII.L further provides "[f]or the avoidance of doubt, all liabilities of the Debtors, the Debtors' Estates, or the Reorganized Debtors for any Product Liability Claims shall be discharged on the Effective Date in accordance with the Plan."

PLEASE TAKE FURTHER NOTICE that, as described more fully in the Plan, there is ongoing litigation between the Reorganized Debtors, on the one hand, and certain of the Reorganized Debtors' former suppliers, on the other, pertaining to Article VII.L (the "**Suppliers' Litigation**").

PLEASE TAKE FURTHER NOTICE that, under paragraph 31(a) of the Confirmation Order, "all alleged Product Liability Claims (including claims seeking Third Party Indemnification) are hereby stayed and enjoined pending a Final Order fully resolving the [Suppliers' Litigation]").

PLEASE TAKE FURTHER NOTICE that, as a result of the foregoing, this matter remains stayed and enjoined pursuant to the Confirmation Order pending resolution of the Suppliers' Litigation.

PLEASE TAKE FURTHER NOTICE that, even if the Suppliers' Litigation is ultimately resolved in a way such that this proceeding may resume, this proceeding may only resume if and to the extent the plaintiffs' Claims are deemed Allowed in accordance with the Plan. Moreover, the Reorganized Debtors expressly reserve all

3

rights to Disallow, contest, challenge the validity of, or otherwise defend against, any such Claims in the Bankruptcy Court or non-bankruptcy forum, in accordance with the Plan.

PLEASE TAKE FURTHER NOTICE that copies of the Plan, the Confirmation Order, and all other documents publicly filed in the Chapter 11 Cases, as well as additional information about the Chapter 11 Cases, can be accessed free of charge by visiting the Reorganized Debtors' case information website located at https://dm.epiq11.com/InstantBrands.

Dated: **May 2, 2024**

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: */s/ Sean Higgins*
**Sean M. Higgins**
State Bar of Texas No. 24001220
Sean.Higgins@lewisbrisbois.com
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
713.659.6767 (Telephone)
713.759.6830 (Facsimile)
 **ATTORNEYS FOR INSTANT BRANDS LLC, and INSTANT BRANDS, INC.**

## CERTIFICATE OF SERVICE

I certify that the forgoing document has been served upon all counsel of record and pro se parties, in accordance with the Federal Rules of Civil Procedure via CM/ECF, on this the 2nd day of May 2024.

*/s/ Sean M. Higgins*
Sean M. Higgins